UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS L. ROBINSON,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | No.  2:14-cv-2252 CMK P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner is presently incarcerated at California State Prison, Corcoran in Kings County. He is serving a sentence for a conviction rendered by the Contra Costa County Superior Court.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, petitioner's conviction occurred in an area covered by the District Court for the Northern District of California.

/////

/////

/////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Northern District of California. Id. at 499
3 n.15; 28 U.S.C. § 2241(d).

5 Dated: October 14, 2014

                                                                         CRAIG M. KELLISON
                                                                         UNITED STATES MAGISTRATE JUDGE

/mp
Robi 14cv2252.108a

2